UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NICOLE FORREST** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA** | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## **COMPLAINT**

Complainant, **NICOLE FORREST**, a natural person of the full age of majority, domiciled and residing in the City of Slidell, Parish of St. Tammany, State of Louisiana, with respect, avers:

I.

Defendant, **LIFE INSURANCE COMPANY OF NORTH AMERICA** (hereinafter "LINA"), is a foreign insurance corporation, having a state other than Louisiana as its state of incorporation and principal business establishment, authorized to do and doing business within this district of the State of Louisiana.

II.

This Court has jurisdiction over this controversy on the grounds of Diversity of Citizenship, as Complainant is a citizen of the State of Louisiana, and Defendant is a citizen of a state other than Louisiana, and the amount in controversy exceeds $75,000.

III.

Alternatively, this Court has jurisdiction over this controversy on the grounds of Federal Question Jurisdiction under ERISA.

IV.

While an insured under a disability insurance policy issued by **LINA**, and while employed by West Jefferson Holdings, LLC, as a Registered Nurse, on December 20, 2015, Complainant became, is now and will remain in a continuous state of disability from performing Complainant's own occupation as well as any other occupation due to bilateral knee replacement, degenerative disc disease, cervical and lumbar spinal stenosis, nerve damage and other medical conditions.

V.

At all relevant times, in full force and effect was a policy of disability insurance issued by defendant, **LINA**, which insures Complainant and the employee benefits plan ("The Plan") of Complainant's former employer, and which entitles Complainant to benefits for the above-described disability.

VI.

The Complainant has become, and will remain into the future, disabled within the meaning of The Plan and the disability insurance policy written by **LINA**.

VII.

Defendant, **LINA,** has refused to pay benefits to which Plaintiff is clearly entitled under The Plan, the **LINA** insurance policy and the applicable law.

VIII.

The actions of Defendant, **LINA**, constitute arbitrary and capricious failure to pay benefits which are clearly due to the Complainant, despite adequate proof of loss.

IX.

The Complainant is entitled to receive total disability benefits as defined by The Plan and the **LINA** insurance policy.

X.

The Complainant is further entitled to all costs of these proceedings, and attorney=s fees from **LINA**, expended by Complainant in pursuit of Complainant's claims.

XI.

All legally required administrative remedies have been exhausted.

**WHEREFORE**, Complainant, **NICOLE FORREST**, prays for judgment in Complainant's favor and against Defendant, **LIFE INSURANCE COMPANY OF NORTH AMERICA,** for benefits, enforcing and clarifying Complainant's rights to future benefits, in such an amount as will fairly and fully compensate Complainant according to law, together with legal interest, costs, and attorney=s fees and for all legal and equitable relief as this Court is empowered to grant.

Respectfully Submitted,

S/J. Price McNamara

_____
**J. PRICE McNAMARA (**20291**)**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
Attorney for Complainant